UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE HOVAN,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>　　　　　　　　　　　Defendant. | Case No.: 3:21-cv-1920-JLS-AHG<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE EARLY NEUTRAL EVALUATION AND CASE MANAGEMENT CONFERENCE**<br><br>**[ECF No. 11]** |

Before the Court is the parties' Joint Motion for Continuance of Early Neutral Evaluation Conference. ECF No. 11. The parties seek to continue the Early Neutral Evaluation ("ENE") and Case Management Conference ("CMC") in this matter by approximately two weeks, to give them additional time to engage in informal settlement discussions and attempt to settle the case before the ENE. *Id.* at 2.

Good cause appearing, the Joint Motion (ECF No. 11) is **GRANTED**. However, the requested date of March 18, 2022 is unavailable on the Court's calendar. Accordingly, and having consulted with counsel for both sides, the Court **CONTINUES** the ENE and CMC to **March 15, 2022** at **2:00 p.m.** before Magistrate Judge Allison H. Goddard.

As before, the ENE and CMC shall take place by **videoconference**, using the Court's

official Zoom account. All participants should review the Court's previous Order setting ENE and CMC (ECF No. 7) for technical guidance regarding the use of Zoom.

The Court further **RESETS** the related deadlines as follows:

1. **Confidential ENE Statements Required:** No later than **March 10, 2022**, the parties shall submit confidential statements of five (5) pages or less directly to the chambers of Magistrate Judge Goddard outlining the nature of the case, the claims, and the defenses. **These statements shall not be filed or served on opposing counsel.** They shall be lodged via email at efile_goddard@casd.uscourts.gov. The ENE statement is limited to **five (5) pages or less, and up to five (5) pages of exhibits or declarations.** Each party's ENE statement must outline:

    A.    the nature of the case and the claims,

    B.    position on liability or defense,

    C.    position regarding settlement of the case with a **specific**[1] **demand/offer for settlement**,[2] and

    D.    any previous settlement negotiations or mediation efforts.

**Any party who has already submitted an ENE statement is not required to update or resubmit it.**

2. **Case Management Conference:** In the event the case does not settle at the ENE, the Court will immediately thereafter hold a Case Management Conference ("CMC") pursuant to Fed. R. Civ. P. 16(b). Appearance of the parties at the CMC is not required. The Court expects that the parties have already complied with the CMC-related deadlines set forth in its prior Order setting the ENE for March 4, 2022, given that those deadlines

---

[1] A general statement, such as that a party "will negotiate in good faith," is a <u>not</u> a specific demand or offer.

[2] If a specific demand or offer cannot be made at the time the ENE statement is submitted, then the reasons as to why a demand or offer cannot be made must be stated. Further, the party must explain when they will be in a position to state a demand or offer.

have now passed. *See* ECF No. 8 at 2-3.

3. **Participant Information Required:** No later than **March 10, 2022**, counsel for each party shall send an email to the Court at efile_goddard@casd.uscourts.gov containing the following:

    i. The **name and title of each participant**, including all parties and party representatives with full settlement authority, claims adjusters for insured defendants, and the primary attorney(s) responsible for the litigation;

    ii. An **e-mail address for each participant** to receive the Zoom video conference invitation; and

    iii. A **cell phone number for that party's preferred point of contact** (and the name of the individual whose cell phone it is) for the Court to use during the ENE to alert counsel via text message that the Court will soon return to that party's Breakout Room, to avoid any unexpected interruptions of confidential discussions.

The parties must abide by all other mandatory procedures set forth in the Court's previous Order setting the ENE and CMC (e.g., requirements for requesting a continuance, the required participation of parties with full settlement authority, the participants' obligations to conduct themselves as though they are appearing in person, etc.), which are incorporated by reference as though fully set forth herein. *See* ECF No. 7.

**IT IS SO ORDERED.**

Dated: March 1, 2022

_____
Honorable Allison H. Goddard
United States Magistrate Judge