UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE HOVAN,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>　　　　　　　　　　Defendant. | Case No.: 21-CV-1920 JLS (AHG)<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>(ECF No. 15) |

　　　Presently before the Court is the Parties' Joint Motion for Dismissal of Entire Action with Prejudice (ECF No. 15). Good cause appearing, the Court **GRANTS** the Joint Motion. As stipulated by the Parties, the Court **DISMISSES WITH PREJUDICE** this action in its entirety. Each Party shall bear her or its own costs and attorneys' fees. The Clerk of the Court shall close the file.

　　　**IT IS SO ORDERED.**

Dated: April 18, 2022

　　　　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　　　United States District Judge